JAMES F. CUNNINGHAM v. JOSEPHUS MORRIS.

(Filed July 18, 1902.)

*Error from the District Court of Kay County; before Bayard T. Hainer, Trial Judge.*

*S. H. Harris,* for plaintiff in error.

*W. B. Herod* and *Edgar W. Jones* for defendant in error.

PER CURIAM: The record and facts in this case are identical with those in the case of *McQuiston v. Walton* No. 1146, decided at this term of court, and reported in this volume, and on the authority of that case, the judgment of the district court of Kay county is affirmed, at the costs of the plaintiff in error.